MARGARET S. HERBERMANN et al., as Executors of HENRY HER-
BERMANN, Deceased, Appellants, *v.* NEW YORK SHIPBUILDING
CORPORATION et al., Respondents.

Argued April 27, 1942; decided July 29, 1942.

*John S. Sheppard, Henry G. Seipp* and *David J. Rosen* for appellants.

*H. Preston Coursen* for New York Shipbuilding Corporation, respondent.

*George W. Whiteside* and *Charles Pickett* for William H. Coverdale et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.